No. 56403.—The American Import Co. et al. *v.* United States, protests 69112–K (A), etc. (San Francisco).

Opinion by FORD, J.   The protests were dismissed.

BEFORE THE THIRD DIVISION, FEBRUARY 19, 1952

No. 56404.—Vintage Wines, Inc. *v.* United States, protest 171569–K (New York).

Opinion by EKWALL, J.   In accordance with stipulation of counsel that the merchandise consists of Lancers Rose Wine in bottles or jugs similar in all material respects to that the subject of Abstract 53224, the claim of the plaintiff was sustained.